AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 16 2026

CLERK, U.S. DISTRICT COURT
By ______________
Deputy

United States of America
v.

Daniel Joseph Wright (01)
Michael Eric Garcia (02)

*Defendant(s)*

Case No. 2:26-MJ-226

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 14, 2026 in the county of Potter in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) | Possession with Intent to Distribute of Methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Shea Lichtie, FBI TFO

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 10/16/26

*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge

*Printed name and title*

**Affidavit in Support of Complaint**

**Cause Number 2:23-MJ-226**

I, Shea Lichtie, being duly sworn under oath, do hereby depose and state: I am a Task Force Officer with the FBI, and I have been so employed since 2022. I have been employed as a Police Officer with the City of Amarillo since 2008. As part of my duties as a Task Force Officer, I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in numerous investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841 (a)(1). I also have specialized training and knowledge in investigating the illicit proceeds of narcotic smuggling and trafficking in violation of Title 18, United States Code, Section 1956 (a)(1). I am authorized to investigate crimes involving firearms, including violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) relating to persons who have been previously convicted of felony offenses who knowingly possess firearms.

1. On October 14, 2026, Amarillo Police Department Officer I. Williams received information from a confidential source that there was narcotic distribution occurring at 2505 S. Grand Apartment 3107, Amarillo, Texas. On October 14, 2026, at approximately 10:00PM undercover officers conducted surveillance on the suspected place and observed a gold Honda Accord leave the area. The vehicle did not have rear lights on (the driver was required to activate the lights due to the time of day). A traffic

stop was initiated on the vehicle. The driver later identified as Daniel Joseph Wright evaded from officers in the gold Honda Accord beginning in the 2100 Blk of I-40 East. Wright eventually stopped the car in the 1500 Blk of S Willow and he evaded on foot. Officer I. Williams observed Wright with a pistol in his hand and a backpack on his back. Officer Williams and Cpl. West chased Wright. The front right passenger exited the vehicle. The front right passenger was later identified as Michael Eric Garcia. Officer Huerta observed Garcia walking away with a True Religion bag on. Randall County Deputies arrived and Garcia threw the bag over a fence. Garcia was apprehended. The True Religion bag was recovered by Law Enforcement. Officer Huerta with the Amarillo Police Department and other officers opened the True Religion bag and located a clear bag containing 18 gross grams of a crystal-like substance that field tested positive for methamphetamine and a FN 40 Caliber pistol with serial number GKU0044699. The officers located another bag inside the car that contained a digital scale.

2. Officer Williams and Cpl. West caught Wright with the assistance of a K9 officer, Sniper. When officers confronted Wright, Wright threw down a Glock 42 pistol with serial number AATV165 and a backpack. Officer Williams discovered a 123 gross grams of a crystal-like substance inside the backpack.

3. Wright was interviewed at the Amarillo Police Department after he was advised of his constitutional rights. Wright admitted he and Garcia purchased the methamphetamine from their source of supply with the intent to distribute the methamphetamine. Wright confirmed he was a felon and was not allowed to have a

firearm but carried one due to the fear of being robbed while he was distributing methamphetamine.

4. Garcia was interviewed at the Amarillo Police Department after he was advised of his constitutional rights. Garcia admitted he purchased half a pound of methamphetamine from his source of supply on at least two occasions for $2,200. Garcia admitted he also purchased a pound of methamphetamine from his source of supply. Garcia admitted the gun was protection for the lifestyle he lives. Garcia admitted to possession of the bag that contained the scale that was located inside the car. Garcia admitted to distributing methamphetamine. Garcia said he sold a ball of methamphetamine for $60-$80. He admitted that he traded half an ounce of methamphetamine and $120 for the FN40 pistol. Garcia stated he recently got out of State Jail and knew he was a felon. Garcia admitted the True Religion bag belonged to him.

5. A review of Wright's criminal history shows he has the following felony conviction and is not allowed to possess a firearm: Burglary of a Habitation in the 251st District Court of Randall County on 1/22/2024 under cause number 31518C

6. A review of Garcia's criminal history shows he has the following felony conviction and is not allowed to possess a firearm: Aggravated Assault with a Deadly Weapon causes Serious Bodily Injury in the 47th District Court of Amarillo under cause number 56276-Z on 2-26-2014.

7. FN is a firearms manufacturer that is headquartered in Herstal, Belgium and has a production facility in Columbia, South Carolina. Glock is a firearms manufacturer with a Facility in Smyrna, Georgia.

8. Based upon the foregoing, there is probable cause to believe that Daniel Wright and Michael Garcia knowingly and intentionally possessed, and conspired to possess, with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). Based on the information set forth in the preceding paragraphs, I also have probable cause to believe Daniel Wright and Michael Garcia were previously convicted felons and were in possession of firearms on October 14, 2026, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

Shea Lichtie
Task Force Officer
Federal Bureau of Investigation

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 on the 16th day of October, 2026.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

Anna Marie Bell
Assistant United States Attorney